Cite as 2024 Ark. App. 284

# ARKANSAS COURT OF APPEALS

DIVISION III
No. E-23-149

| | | |
|---|---|---|
| NIRVANA MED SPA | | Opinion Delivered  May 1, 2024 |
| | APPELLANT | APPEAL FROM THE ARKANSAS BOARD OF REVIEW |
| V. | | |
| | | [NO. 2022-BR-02303] |
| DIRECTOR, DIVISION OF WORKFORCE SERVICES | | |
| | APPELLEE | DISMISSED |

**BART F. VIRDEN, Judge**

Appellant, Nirvana Med Spa, appeals from the Arkansas Board of Review's March 30, 2023 decision finding that the claimant, Emily Benton, was entitled to unemployment benefits because she quit her last work for good cause connected to the work. We dismiss for lack of jurisdiction.

Nirvana Med Spa filed its petition for appeal with this court on April 13, 2023. The notice of appeal was signed by Salman Hashmi. Hashmi is not an attorney licensed to practice in Arkansas. It is well-settled law that corporations must be represented by licensed attorneys. *IHOP #1914 v. Dir.*, 2023 Ark. App. 102. Furthermore, our supreme court has held that when a party not licensed to practice law in this state attempts to represent the interests of others by submitting to the jurisdiction of a court, those actions, such as the filing of pleadings, are rendered a nullity. *Id.*

In this matter, Hashmi indicated in the petition that Nirvana Med Spa was not represented by an attorney, and he signed the petition. Because Hashmi is not an attorney, he cannot represent Nirvana Med Spa in this case. *Id.* Our case law makes it clear that invoking the process of a court of law constitutes the practice of law. *Super 8 Motel v. Dir.*, 2019 Ark. App. 555. Because Hashmi was practicing law when he signed the petition, the petition is null and void. *Id.* As a result, we lack jurisdiction and dismiss this appeal.

Dismissed.

HARRISON, C.J., and BARRETT, J., agree.

*Salman Hashmi*, on behalf of appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.